**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| ANTONIO ROBINSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | CASE NO. 4:10-CV-56 (CDL) |
| v. | : | 28 U.S.C. § 2254 |
| | : | |
| BRUCE CHATTMAN, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## **REPORT AND RECOMMENDATION**

Petitioner's application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is before this court for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Proceedings For The United States District Courts. After preliminary examination, it appears that the current § 2254 application is successive.

## **Review of Petitioner's Procedural History**

A review of Petitioner's previous filings reveals that the current § 2254 application is Petitioner's fourth attempt at federal habeas relief. In his first § 2254 application filed in this court on June 28, 2002, Case Number 4:02-CV-101, the court found that Petitioner's application was time-barred, as he failed to file his federal habeas petition within the one-year AEDPA statute of limitations. Petitioner's request for a certificate of appealability was denied by this court and the Eleventh Circuit Court of Appeals. Thereafter, on June 11, 2003, Petitioner filed a second § 2254 petition, Case Number 4:03-CV-89, in this court. The court again found that Petitioner's application was time barred. Petitioner's request for a

certificate of appealability was again denied by this court and the Eleventh Circuit Court of Appeals. On February 27, 2006, Petitioner filed his third §2254 petition, Case Number 4:06-CV-27. The court found that Petitioner's application was successive. Petitioner's request for a certificate of appealability was denied for the third time by this court and the Eleventh Circuit Court of Appeals.

  Petitioner's record reveals that he pled guilty in Muscogee County Superior Court, to Three Counts of Armed Robbery and was sentenced to life imprisonment by that court on March 22, 1996. Petitioner filed no direct appeal of his guilty plea conviction and sentence. Petitioner then filed a State habeas corpus petition attacking his conviction in Lowndes County Superior court on an unspecified date, and the same was denied on March 23, 1998. Petitioner thereafter filed a State habeas corpus petition in the Lowndes County Superior Court and the same was denied on March 23, 1998. The Lowndes County court records showed that Petitioner filed no appeal from that adverse ruling. More than three years later, Petitioner filed another State habeas corpus action in Hancock County Superior Court on August 29, 2001, which was denied on November 21, 2001. During that 39-month period, the court found that Petitioner had not properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim pending, and the AEDPA one-year statute of limitations time period had run out. Thus, when Petitioner filed his first federal habeas petition, on June 28, 2002, his limitations period was expired. For the same reason, all subsequent federal habeas petitions are also time

barred, as well as successive.

Title 28, U.S.C. § 2244(b)(3)(A) provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Therefore, this court is without jurisdiction to review Petitioner's § 2254 petition until such time as the Court of Appeals for the Eleventh Circuit grants his motion to file a second or successive petition.

THEREFORE, IT IS HEREBY RECOMMENDED that Petitioner's present action be **DISMISSED** for Petitioner to seek authorization to file this application in the District Court. Pursuant to 28 U.S.C. § 636 (b)(1), Petitioner may serve and file written objections to this Recommendation with the United States District Judge WITHIN FOURTEEN (14) DAYS after being served with a copy hereof.

**SO RECOMMENDED,** this 1st day of June, 2010.

                                              **S/ G. MALLON FAIRCLOTH**
                                              **UNITED STATES MAGISTRATE JUDGE**

mZc