IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANTONIO ROBINSON,            *

    Petitioner,          *

vs.                          *

                                CASE NO. 4:10-CV-56 (CDL)

BRUCE CHATTMAN,              *

    Respondent.          *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 1, 2010 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 30th day of June, 2010.

                                              S/Clay D. Land
                                                CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE